UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RA 'TAH B. MENIOOH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS GAGNON, et al.,<br><br>　　　　Defendants. | Case No.  21-cv-08495-VC<br><br>**ORDER DISMISSING CLAIMS AGAINST INDIVIDUAL DEFENDANTS** |

　　The claims against the individual defendants are dismissed under Rule 41(b) for failure to prosecute. Dismissal is with prejudice, both because the plaintiff has consistently refused to serve the defendants in accordance with the Court's order and because, as already ruled, the claims are clearly barred by the statute of limitations in any event. Dkt. No. 39.

　　**IT IS SO ORDERED.**

Dated: November 3, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　United States District Judge