UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RA 'TAH B. MENIOOH,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS GAGNON, et al.,<br><br>    Defendants. | Case No. 21-cv-08495-VC<br><br>**ORDER DECLINING TO REVOKE IFP STATUS**<br><br>Re: Dkt. No. 49 |

The Court finds that the appeal is not frivolous or in bad faith, and therefore does not revoke in forma pauperis status.

**IT IS SO ORDERED.**

Dated: February 14, 2023

VINCE CHHABRIA
United States District Judge